Submitted December 6, 2013, reversed March 5, 2014

In the Matter of M. P.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

M. P.,
*Appellant.*

Wasco County Circuit Court
1300019MC; A154938

323 P3d 520

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Leigh A. Salmon, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Duncan, Judge, and DeVore, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing her as a mentally ill person for a period not to exceed 180 days. ORS 426.130. Appellant argues that, contrary to the trial court's ruling, the record does not establish by clear and convincing evidence that she is a danger to herself and unable to provide for her basic needs because of a mental disorder. *See* ORS 426.005(1)(e)(A), (B). The state concedes that the evidence is legally insufficient for involuntary commitment under either basis and that the judgment should be reversed. We agree, accept the state's concession, and reverse.

Reversed.